WITHDRAWN 4/23/15
 REPLACED 4/23/15
 
 COURT OF APPEALS
 TENTH DISTRICT OF TEXAS
 
 December 31, 2014
 No. 10-14-00247-CR
 EX PARTE ALEJANDRO CHAVEZ RAMIREZ
 
 
 From the 18[th] District Court
 Johnson County, Texas
 Trial Court No. 47308-A
 
--------------------------------------------------------------------------------
JUDGMENT

 This Court has reviewed the briefs of the parties and the record in this proceeding as relevant to the issues raised and finds no reversible error is presented. Accordingly the trial court's Order Denying Art. 11.072 V.A.C.C.P. Application for Writ of Habeas Corpus as Frivolous, signed on July 17, 2014, is affirmed.
 A copy of this judgment will be certified by the Clerk of this Court and delivered to the trial court clerk for enforcement.
 PER CURIAM
 SHARRI ROESSLER, CLERK

 By: Nita Whitener 
 Deputy Clerk